**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | October 20, 2015 | Probation: | Kyla Hamilton |
| Courtroom Deputy: | Robert R. Keech | Interpreters: | Ellen Klaver |
| Court Reporter: | Darlene Martinez | | and Dave Roberts |

---

Criminal Case No:  **15-cr-00039-WYD**      Counsel:

UNITED STATES OF AMERICA,                Geoffrey Rieman
                                         Wayne B. Paugh
               Plaintiff,

v.

**1.  SIMON SANDOVAL-DELAO, a/k/a**        Matthew C. Golla
**Simon Sandoval-Delao, a/k/a Simon**
**Sandoval, a/k/a Arturo Garcia**,

               Defendant.

---

**SENTENCING**

---

**2:18 p.m.**      Court in Session - Defendant present, in-custody.

> **Change of Plea Hearing - May 14, 2015, at 10:00 a.m.**
> **Plea of Guilty - count one of Indictment.**

APPEARANCES OF COUNSEL.

Interpreters sworn (Spanish).

Court's opening remarks.

2:21 p.m.        Government's witness **Danny Perez** sworn.

                 Direct examination by Government (Mr. Paugh).
                 ***EX ID:***        ***1, 2***

**Exhibit(s) 1, 2 RECEIVED.**

2:43 p.m.        Cross examination by Defendant (Mr. Golla).

2:44 p.m.        Government rests.

2:44 p.m.        Defendant has no evidence to present.

2:46 p.m.        Statement and argument on behalf of Government (Mr. Rieman).

2:48 p.m.        Statement on behalf of Probation (Ms. Hamilton).

2:49 p.m.        Statement and argument on behalf of Defendant (Mr. Golla).

2:55 p.m.        Statement and argument on behalf of Government (Mr. Rieman).

3:01 p.m.        Statement on behalf of Defendant (Mr. Golla).

3:06 p.m.        Statement on behalf of Government (Mr. Rieman).

3:10 p.m.        Statement on behalf of Probation (Ms. Hamilton).

3:11 p.m.        Statement by Defendant on his own behalf (Mr. Sandoval-DeLao).

3:13 p.m.        Statement on behalf of Defendant (Mr. Golla).

                 Court makes findings.

**ORDERED:**     Government's Motion for an Additional One-Level Reduction for Acceptance of
                 Responsibility Under § 3E1.1 [ECF Doc. No. 25], filed July 13, 2015, is
                 **GRANTED.**

**ORDERED:**     Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. § 3553 [ECF
                 Doc. No. 27], filed August 20, 2015, is **DENIED.**

**ORDERED:**     Defendant be **imprisoned** for **27** months.

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised
                 release** for a period of **3** years.

**ORDERED:**     **Conditions** of **Supervised Release** are:

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)     Defendant shall comply with standard conditions adopted by the Court.

(X)     Defendant shall not unlawfully possess a controlled substance.

(X)     If this sentence imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

(X)     The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because it is likely that the defendant will be deported.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

1.     If the defendant is deported, he shall not thereafter reenter the United States illegally.  If the defendant reenters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**     Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:22 p.m.**     Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  1:04**

**CLERK'S NOTE: EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**