UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00039-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  SIMON SANDOVAL-DE LAO, a/k/a Simon Sandoval-Delao, a/k/a Simon Sandoval, a/k/a Arturo Garcia,

   Defendant.

## ORDER

This matter is before the Court on United States' Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under § 3E1.1.  After a review of the motion and the file, it is hereby

ORDERED that United States' Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under § 3E1.1 [ECF Doc. No. 25], filed July 13, 2015, is **GRANTED.**  It is further

ORDERED that Defendant Simon Sandoval-De Lao be granted an additional one-level decrease in the offense level.

   Dated:  October 20, 2015.

                              BY THE COURT:


                              /s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              SENIOR UNITED STATES DISTRICT JUDGE